Your Name: CHUANPING HU (p/k/a Dr. Frank Hu)

Address: c/o All Universe Inc.

16192 Coastal Highway, Lewes, Delaware 19958

Phone Number: 620-670-0078

Email Address: frankhu20@gmail.com

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division [check one]:  ☐ San Francisco   ☐ Oakland   ☒ San Jose   ☐ Eureka-McKinleyville

CHUANPING HU (p/k/a DR. FRANK HU)

Plaintiff,

v.

NVIDIA CORPORATION; JENSEN HUANG;

et al.

Defendant.

Case No. 5:26-cv-05496-NC

[Name] CHUANPING HU (p/k/a Dr. Frank Hu)

**NOTICE OF CHANGE OF** [check box]**:**

☒ **ADDRESS**

☐ **PHONE NUMBER**

☐ **EMAIL**

Judge: Hon. Hon. Nathanael Cousins

As of [date of change] June 22, 2026                                           ,

my contact information has changed [check box and fill in]:

☒ Address: c/o All Universe Inc., 16192 Coastal Highway, Lewes, Delaware 19958

☐ Phone number: 

☐ Email: 

Date: June 22, 2026

Signature: /s/ CHUANPING HU

Printed Name: CHUANPING HU (p/k/a Dr. Frank Hu)

Pro Se